[No. 4337-1-III. Division Three. October 13, 1981.]

*In the Matter of the Personal Restraint of*
GEORGE L. VAUGHN, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 4254-5-III. Division Three. October 13, 1981.]

SHARON OWEN, *Respondent,* v. JIMMY R. OWEN, *as Personal Representative, Defendant,* ZONA J. RUSSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-2-00581-1, Richard J. Ennis, J. Pro Tem., entered October 20, 1980. *Reversed* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4272-3-III. Division Three. October 15, 1981.]

*In the Matter of the Marriage of* GARY A. JOHNSON, *Respondent, and* PATRICIA A. JOHNSON, *Appellant,* JACK JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 22119, John D. Thomas, J. Pro Tem., entered November 10, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.